**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| LEON WEEKS, | Case Number: 4:26-cv-01273-SAL-MGB |
| *Plaintiff,* | |
| v. | **PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON OTIS ELEVATOR COMPANY** |
| OTIS ELEVATOR COMPANY, | |
| *Defendant(s).* | |

Please see the attached Proof of Service on Defendant OTIS ELEVATOR COMPANY.

**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 973- 5438
cooper.klaasmeyer@forthepeople.com
**Attorneys for the Plaintiff**

April 16, 2026
Charleston, South Carolina