AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **4:26-cv-1273-SAL-MGB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Otis Elevator Company**
was received by me on  **3/27/2026:**

☐    I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Shannon Dempsey**, who is designated by law to accept service of process on behalf of **Otis Elevator Company** at **101 Corporate Blvd Ste 105, West Columbia, SC 29169** on **04/08/2026 at 7:27 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2026

_____
*Server's signature*

**Stephen Pinkerton**
*Printed name and title*

**520 Harborview Pt**
**Chapin, SC 29036**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Shannon Dempsey who identified themselves as the person in charge with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**





Tracking #: **0217592574**