UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(FLORENCE DIVISION)

| | | |
|---|---|---|
| LEON WEEKS, | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No. 4:26-cv-1273-SAL-MGB |
| | ) | |
| v. | ) | **Motion** |
| OTIS ELEVATOR COMPANY, | ) | **in Support of** |
| Defendant/Respondent. | ) | *Pro Hac Vice* **Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Jeremy Rogerick Stephens be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    X    Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; **X** does not intend to oppose

    ☐    Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    _____

    _____

    ☐    No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| **MORGAN & MORGAN, PA.** | **Cooper Klaasmeyer** |
| Firm Name | Name of Local Counsel |
| **4401 Belle Oaks Drive, Suite 300** | **/s/ Cooper Klaasmeyer** |
| Street Address or Post Office Box | Signature of Local Counsel |
| **North Charleston, South Carolina 29405** | Local Counsel for the **Plaintiff** |
| City, State, Zip Code | |
| **(843)973-5438** | District of South Carolina |
| Telephone Number | Federal Bar Number: **14272** |
| **Cooper.klaasmeyer@forthepeople.com** | |
| E-Mail Address | |