

## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**              }
                                          } ss.
**NORTHERN DISTRICT OF GEORGIA**          }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District

of Georgia,

    **DO HEREBY CERTIFY** that **JEREMY STEPHENS, State Bar No. 702063,** was duly

admitted to practice in said Court on December 4, 2020, and is in good standing as a member of

the bar of said Court.

    Dated at Atlanta, Georgia, this 24th day of September, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: _____

Stephanie Wilson-Bynum
Deputy Clerk